UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WHITNEY TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>VIMEO INC., PHILIP MOYER, GLENN SCHIFFMAN, ADAM GROSS, ALESIA J. HAAS, JAY HERRATTI, IDA KANE, MO KOYFMAN, and ALEXANDER VON FÜRSTENBERG,<br><br>Defendants. | Case No. 25-cv-12343<br><br>Hon. Jeffrey I. Cummings |

**ORDER OF DISMISSAL WITH PREJUDICE**

On November 18, 2025, Plaintiff filed an unopposed motion for voluntary dismissal of this action with prejudice as moot. The Court will grant that motion pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

In light of the above, IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed motion for voluntary dismissal be and the same is hereby GRANTED.

2. This case be and the same is hereby DISMISSED with prejudice as moot.

3. Plaintiff may file a fee motion within 91 days of entry of this order.

Dated: 1/5/2026

Hon. Jeffrey I. Cummings
U.S. District Judge